UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-21125-CIV-SEITZ

ERMON "BUTCH" LEE BUTLER, JR.,
as the Personal Representative of
THE ESTATE OF VIOLET EILEEN BUTLER,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before the Court upon the Mediator's Report [DE-64] which indicates that the parties have reached an amicable settlement. It is hereby

ORDERED that

1) By **March 24, 2015**, the Parties shall file the Joint Stipulation of Dismissal under Fed. R. Civ. P. 41(a) or other motion seeking the entry of a stipulated form of final order or judgment. If the Parties do not comply or request a proper extension of time by March 24, 2015, then the Court shall dismiss the case with prejudice.

2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

3) All pending deadlines and upcoming hearings, other than the March 24, 2015 deadline above, are CANCELLED.

4) This case is CLOSED for statistical purposes.

DONE AND ORDERED in Miami, Florida, this 24 day of February 2015.

                                                                                         PATRICIA A. SEITZ
                                                                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record